UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10468-NG

XL SPECIALTY INSURANCE COMPANY,

Plaintiff,

v.

PLYMOUTH COUNTY COMMISSIONERS,

Defendants.

CORPORATE DISCLOSURE
STATEMENT OF PLAINTIFF
XL SPECIALTY INSURANCE COMPANY
PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3 of the U.S. District Court for the District of Massachusetts, Plaintiff XL Specialty Insurance Company ("XL") hereby makes the following corporate disclosure:

1. XL is a wholly owned subsidiary, direct or indirect, of XL Capital, Ltd., whose shares are publicly traded.

XL SPECIALTY INSURANCE COMPANY

By its attorneys,

HOLLAND & KNIGHT LLP

By: _____
Deborah S. Griffin (BBO #211460)
Matthew C. Bouchard (BBO #651490)
10 St. James Avenue
Boston, MA 02116
Tel. (617) 523-2700

Date: March 11, 2005

# 2669266_v1
087686-00007