UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

XL SPECIALTY INSURANCE COMPANY,

Plaintiff,

v.

PLYMOUTH COUNTY COMMISSIONERS,

Defendants.

CIVIL ACTION NO. 05-10468 NG

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff XL Specialty Insurance Company hereby gives notice of its voluntary dismissal of the above-captioned action with prejudice and without costs, interest or attorneys' fees.

XL SPECIALTY INSURANCE COMPANY

By its attorneys,

HOLLAND & KNIGHT LLP

By: */s/ Matthew C. Bouchard*
Deborah S. Griffin (BBO #211460)
Matthew C. Bouchard (BBO #651490)
10 St. James Avenue
Boston, MA 02116
Tel. (617) 523-2700

Date: November 15, 2005

# 3238503_v1
087686-00007